FILED

2013 SE. -4 P 4:45

RICHARD W. WICKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CV 13 4096 DMR

(PR)

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

UNITED STATES OF AMERICA,

Plaintiffs,

v.

ROMMELL BORJAS-ALFARO,

Defendant.

No. CR 09-0102 RS

**ORDER DIRECTING CLERK TO OPEN SEPARATE CASE**

Rommel Borjas-Alfaro, appearing *in pro se*, filed a motion relating to his conditions of confinement bearing the caption and case number of this criminal action, in which he was a defendant. The matter should have been opened as a new prisoner civil rights action, and randomly assigned to a judge for disposition. The Clerk is directed to do so.

IT IS SO ORDERED.

Dated:  8/30/13

RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE